**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

FILED

08 MAY -9 PM 3: 39

CRK. U.S. DISTRICT C.
EKN DISTRICT OF CALI JARL

BY: ECL

DEPUTY

| | |
|---|---|
| In re: | Chapter 11 |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.) | Case No. 02-12152 (JLP) (Substantively Consolidated) |
| Debtor. | |

WALKER, TRUESDELL & ASSOCIATES, as Plan
Administrator for BRAC Group, Inc. (f/k/a Budget
Group, Inc.),

        Plaintiff,

Adv. Proc. No. 04-54394 (PBL)

v.

SAN DIEGO FRICTION PRODUCTS INC. d/b/a
WETMORES,

'08 MC 0 2 4 4

        Defendant.

**CERTIFICATION OF JUDGMENT FOR**
**REGISTRATION IN ANOTHER DISTRICT**

    I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on February 22, 2005 as it appears in the records of this court, and that:

X   No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☐   No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
        (date)

☐   An appeal was taken from this judgment, and the judgment was affirmed by mandate of the
_____ issued on _____.
        (name of court)                      (date)

☐   An appeal was taken from this judgment, and the appeal was dismissed by order entered on
_____.
        (date)

**DAVID D. BIRD**
_____
Clerk of the Bankruptcy Court

3/17/08
_____
Date

By: _____
                            Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 11 |
| BRAC GROUP, INC. (f/k/a Budget Group, Inc.), | ) |
| | ) Case No.02-12152 (JLP) |
| Reorganized Debtor. | ) |
| | ) |
| WALKER, TRUESDELL & ASSOCIATES, as Plan | ) |
| Administrator for BRAC Group, Inc. (f/k/a Budget Group, | ) |
| Inc.), | ) Adv. Pro. No. 04-54394 (PBL) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SAN DIEGO FRICTION PRODUCTS INC. d/b/a | ) '08 MC 0 2 4 4 |
| WETMORES, | ) |
| | ) |
| Defendant. | ) |

CERTIFIED:
AS A TRUE COPY:
ATTEST:
DAVID D. BIRD, CLERK
U.S. BANKRUPTCY COURT

BY: _____
Deputy Clerk 3/17/08

## JUDGMENT BY DEFAULT AGAINST SAN DIEGO FRICTION PRODUCTS INC. d/b/a WETMORES

Default was entered against defendant, SAN DIEGO FRICTION PRODUCTS INC. d/b/a WETMORES,

on 2/22/05. The plaintiff has requested entry of judgment by default and has filed an affidavit of the amount due

and stating that the defendant is not in the military service. Furthermore, it appears from the record that this

defendant is not an infant or incompetent person. Therefore, pursuant to Fed. R. Civ. P. 55(b)(1), as incorporated by

Fed. R. Bankr. P. 7055, judgment is entered against the defendant in favor of the plaintiff in the amount of

$19,221.70 plus costs of $150.00, plus post judgment interest pursuant to 28 U.S.C. § 1961.

February 22, 2005
Date

/s/ David D. Bird
(Clerk of the Bankruptcy Court)



RECEIVED
MAY 0 9 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY 150775 MS 839 DEPUTY

#15

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 150775    — MS
* * C O P Y * *
May 09, 2008
15:33:59

### Reg. of Judgmt.
USAO #.: 08-MC-0244  REG. OF JUDGMENT
Amount.:                    $39.00 CK
Check#.: BC8339

Total-> $39.00

FROM: BRAC GROUP, INC
      VS. SAN DIEGO FRICTION PRODUCT
      REG. OF JUDGMENT