```
1  John D. Guerrini, Esq., (190972)          FILED
   THE GUERRINI LAW FIRM
2  750 East Green Street, Suite 200          08 MAY 22  AM 8:43
   Pasadena, CA 91101
3  Telephone: (626) 229-9611                 CLERK, U.S. DISTRICT COURT
                                             SOUTHERN DISTRICT OF CALIFORN..
4  Facsimile: (626) 229-9615
   Email: guerrini@guerrinilaw.com           BY: 9/        DEPUTY
5
6  Attorneys for Plaintiff WALKER, TRUESDELL & ASSOCIATES
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER, TRUESDELL & ASSOCIATES, as Plan Administrator for BRAC Group, Inc. (f/k/a Budget Group, Inc.),<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN DIEGO FRICTION PRODUCTS INC. d/b/a WETMORES,<br><br>　　　　Defendant. | CASE NO. 3:08-MC-00244 -IEG<br><br>**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure;]<br><br>[No Hearing Required] |

Plaintiff Craig Curran, pursuant to the provisions of Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, request that American Legal Support Services, Inc. who is at least 18 years of age, of suitable

/ / /

/ / /

/ / /

/ / /

discretion and not a party to the within action, be authorized and appointed to serve

1

1  the writs in the above case.  The U.S. Marshals Office will remain the levying
2  officer.
3
4  IT IS SO ORDERED:
5
6
7  Dated: _____5/20/08_____        _____/s/ Anna E. Gonzalez_____
8                                  United States District Judge