John D. Guerrini, Esq., (190972)
THE GUERRINI LAW FIRM
750 East Green Street, Suite 200
Pasadena, CA 91101
Telephone: (626) 229-9611
Facsimile: (626) 229-9615
Email: guerrini@guerrinilaw.com

Attorneys for Plaintiff WALKER, TRUESDELL & ASSOCIATES

FILED
08 JUN -9 PM 2: 3
CLERK U.S. DISTRICT C
SOUTHERN DISTRICT OF CALI
BY: ___ DEP

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER, TRUESDELL & ASSOCIATES, as Plan Administrator for BRAC Group, Inc. (f/k/a Budget Group, Inc.),<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN DIEGO FRICTION PRODUCTS INC. d/b/a/ WETMORES,<br><br>　　　　Defendant. | CASE NO. 3:08-MC-00244<br><br>**REQUEST AND ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure]<br><br>[No Hearing Required] |

Plaintiff WALKER, TRUESDELL & ASSOCIATES, as Plan Administrator for BRAC Group, Inc. (f/k/a Budget Group, Inc.), pursuant to the provisions of Rules 4.1(a) and 69 of the Federal Rules of Civil Procedure, request that American Legal Support Services, Inc. who is at least 18 years of age, of suitable

/ / /
/ / /
/ / /
/ / /

1

discretion and not a party to the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals Office will remain the levying officer.

IT IS SO ORDERED:


Dated: __6/6/08__     _____
                     United States District Judge